# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4903

_____

MICHAEL A. MITCHELL,

    Appellant,

v.

SUWANNEE CORRECTIONAL
INSTITUTION,

    Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

February 5, 2018

PER CURIAM.

    AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael A. Mitchell, Pro se, Appellant.

Pamela Jo Bondi, Attorney General, Kenneth S. Steely, Assistant Attorney General, for Appellee.